FILED
SEP 9 2011
MICHAEL GANS
CLERK OF COURT

UNITED STATES COURT OF APPEALS
FOR THE EIGHT CIRCUIT

NO. 11-2950

in re David Stebbins ) pro se Petition for Writ
    Petitioner ) of Mandamus
     )
     )

## PETITION FOR WRIT OF MANDAMUS

Comes now, *pro se* Petitioner David Stebbins, who respectfully submits the following petition for writ of mandamus against the United States District Court for the Western District of Arkansas.

### Relief Sought

I respectfully request that the Respondent be instructed to rule on my petition for leave to proceed *in forma pauperis* in Case No. 11-3057.

### Issues Presented

Respondent has failed to promptly dispose of the business of the court, as required by Canon 3(A)(5) of the Code of Conduct for United States Judges.

### Facts

1. On August 2, 2011, I submitted a complaint alleging disability discrimination against Legal Aid of Arkansas, a law firm that practices in Arkansas.

2. The case was given the case number of 11-3057. I also submitted a motion for leave to proceed *in forma pauperis*.

3. Over a month has passed, and the District Court has failed to act on this petition.

RECEIVED
SEP 8 2011
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

4. Motions for leave to proceed *in forma pauperis* are easy to rule on. All they have to decide is that I am indigent, and that I have a case that, assuming the facts to be true and in a light most favorable to the Plaintiff, I could be entitled to recovery.

## Reasons for Issuing the Writ

This writ should be issued because the Respondent has failed to act in a timely manner on a simple, routine motion. This motion is so common that he probably does ten of them a day. Although it has only been a month, that is still far longer than it actually takes to review an application for leave to proceed *in forma pauperis*.

## Conclusion

Wherefore, premises considered, I respectfully pray that the petition for writ of mandamus be granted, and the District Court be instructed to rule on the petition for leave to proceed in forma pauperis.

*David S. Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com