11-2950  In re: David Stebbins

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 09/09/2011

**Case Name:**   In re: David Stebbins
**Case Number:**   11-2950

**Docket Text:**
PETITION for Writ of Mandamus filed by Petitioner Mr. David Anthony Stebbins w/service 09/09/2011 [3827108] [11-2950]

**The following document(s) are associated with this transaction:**
Document Description:  Petition

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Honorable Jimm Larry Hendren: Jimm_Hendren@arwd.uscourts.gov
Mr. Christopher R. Johnson:
Mr. David Anthony Stebbins: stebbinsd@yahoo.com