## IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

**IN RE DAVID STEBBINS**                                     **PLAINTIFF**

## No. 11-2950

### RESPONSE TO PETITION FOR WRIT OF MANDAMUS

Now on this 12th day of September, 2011, comes Jimm Larry Hendren, United States District Judge, and for his Response To Petition For Writ Of Mandamus, states as follows:

1. Plaintiff David Stebbins ("Stebbins") complains that this Court has failed to "promptly dispose of the business of the court." He complains of delay in responding to two motions -- a motion to proceed *in forma pauperis* and a motion for service -- filed on July 20, 2011.

2. Stebbins' motions were referred, on the day they were filed, to a United States Magistrate Judge for disposition or report and recommendation. The undersigned has checked with the Magistrate Judge's staff, and has learned that these motions were inadvertently overlooked. It is expected that an order will be entered immediately on the motion to proceed *in forma pauperis*.

The motion for service will, of course, require more time, as the Magistrate Judge must make an initial determination of whether the claims asserted in the Complaint are frivolous.

3. Notwithstanding the delay that has occurred, the foregoing circumstances do not justify the issuance of a writ of mandamus, which is an extraordinary remedy lying only for such purposes as correcting a clear abuse of discretion, **In re Apple, Inc., 602 F.3d 909, 911 (8th Cir. 2010)**, or a judicial usurpation of power, **In re MidAmerican Energy Co., 286 F.3d 483, 486 (8th Cir. 2002)**. "The writ of mandamus is a drastic one, to be invoked only in extraordinary situations." **Kerr v. U.S. District Court for Northern District of California, 426 U.S. 394, 402 (1976)**.

4. For the foregoing reasons, the Petition For Writ Of Mandamus is without merit, and Respondent prays that it be denied.

Respectfully submitted,

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Jimm Larry Hendren, United States District Judge, Western District of Arkansas, hereby certify that I filed the foregoing with the Clerk of Court at ca08ml_8ck_docketing@ca8.uscourts.gov, and also mailed a copy thereof to:

David Stebbins
1407 North Spring Road, Apt. 5
Harrison, AR  72601

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN