# UNITED STATES COURT OF APPEALS
## FOR THE EIGHT CIRCUIT

_____

No. 11-2950

_____

| | |
|---|---|
| in re David Stebbins ) | pro se Petition for Writ |
|    Petitioner ) | of Mandamus |
| ) | |

### REPLY TO RESPONSE TO PETITION FOR WRIT OF MANDAMUS

Comes now, *pro se* Petitioner David Stebbins, who respectfully submits the following reply to the response to my petition for writ of mandamus against the United States District Court for the Western District of Arkansas.

Respondents admit that they have failed to promptly dispose of the business of the court. They have further admitted that it is their fault for doing so, even if they did not do it on purpose.

Writ of mandamus is appropriate whenever the Court has failed to promptly dispose of its business, whether by accident or design. See *in re Frank X. Hopkins*, 59 F.3d 102 (8th Cir. 1995). Therefore, mandamus is appropriate in this case.

Wherefore, premises considered, I respectfully pray that the petition for writ of mandamus be granted.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com