11-2950  In re: David Stebbins

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 09/12/2011

**Case Name:** In re: David Stebbins
**Case Number:** 11-2950

**Docket Text:**
RESPONSE in opposition to response , [3827706-2] filed by Party Mr. David Anthony Stebbins , w/service 09/13/2011. (edited by bdg to reflect correct filing type; notice sent to Judge.) [3827802] [11-2950]

**The following document(s) are associated with this transaction:**
Document Description:  Reply to Response to Petition for Writ of Mandamus
Document Description:  html notice of docket activity (generated 09/12/2011 14:56:52)
Document Description:  plain text notice of docket activity (generated 09/12/2011 14:56:52)

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Honorable Jimm Larry Hendren: Jimm_Hendren@arwd.uscourts.gov
Mr. Christopher R. Johnson:
Mr. David Anthony Stebbins: stebbinsd@yahoo.com